FRANCIS M. YOKEM

*v.*

ANDREW J. LOVELL.

*Filed at Springfield June 14, 1883.*

APPEAL—*in forcible detainer.* An appeal does not lie from a judgment in an action of forcible detainer from the trial court to this court, there being no freehold involved.

APPEAL from the Circuit Court of Pike county; the Hon. S. P. SHOPE, Judge, presiding.

Mr. J. S. IRWIN, for the appellant.

Messrs. MATTHEWS, WIKE & HIGBEE, for the appellee.

Per CURIAM: Appellee entered a motion to dismiss the appeal, on the ground that a freehold was not involved. The action was forcible detainer, and the appeal taken from the circuit court directly to this court. The same question here involved arose in *Kepley* v. *Luke,* 106 Ill. 395, and we there held that the appeal would not lie. That decision is conclusive of the question.

The appeal will be dismissed. Leave will be given appellant to withdraw record, abstracts and briefs, to be filed in the Appellate Court, if he desires.

*Appeal dismissed.*